

**ORDERED in the Southern District of Florida on December 25, 2018.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.: 18-24523-RAM** |
| **CARMEN N. SANDERS** | **CHAPTER: 7** |

**Debtors,**
_____/

### ORDER GRANTING EMERGENCY MOTION TO EXTEND AUTOMATIC STAY, D.E. #9

THIS MATTER came before the Court on December 20, 2018, upon the Debtor, CARMEN N. SANDERS', Emergency Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B), D.E. #9 (the "Motion"). Having considered the Motion, the reasons stated on the record, and being otherwise fully advised in the premises it is;

**ORDERED** as follows:

1.  The Debtor's Motion, D.E. #9, is **GRANTED**.

2.  The automatic stay, pursuant to 11 U.S.C. § 362, is extended beyond the initial thirty (30) days for all Debtor's Creditors.

### 

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888)5454-5607 Facsimile

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).